UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JESUS ENRIQUE BLANCO

CRIMINAL 91-19-FJP

(CV 96-3367-FJP)

### RULING

It has come to the Court's attention that there is no ruling in the record on the defendant's motion filed pursuant to 28 U.S.C. § 2255.[1]  The defendant's motion is without merit for the reasons set forth in the government's opposition to the defendant's motion.[2]  The motion is also now moot since the defendant was released from prison on October 9, 1998.

Judgment shall be entered dismissing the defendant's motion with prejudice on the merits, and in the alternative dismissed as moot without prejudice.

Baton Rouge, Louisiana, August 25, 2010.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 316.

[2] Rec. Doc. No. 323.