UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

JESUS ENRIQUE BLANCO

CRIMINAL 91-19-FJP
(CV 96-3367-FJP)

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that defendant's motion filed pursuant to 28 U.S.C. § 2255 is dismissed with prejudice on the merits, and in the alternative dismissed as moot without prejudice.

Baton Rouge, Louisiana, August 25, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA